UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:09-cr-67-T-33MAP

JASON OLSEN
_____/

**PRELIMINARY ORDER OF FORFEITURE AND
<u>FORFEITURE MONEY JUDGMENT</u>**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture and a Forfeiture Money Judgment (Doc. # 338), which, at sentencing, shall be a final Order as to Defendant Jason Olsen's right, title, and interest in the following property:

a. One 2007 Ford Mustang GT ("the Vehicle"), Vehicle Identification Number: 1ZVFT82H275304525; and

b. A forfeiture money judgment in the amount of $8,000.

Being fully advised in the premises, the Court finds that:

The United States has established the requisite *nexus* between offense in violations of 21 U.S.C. §§ 841 and 846, to which the Defendant, Jason Olsen, pled guilty in Count One of the Indictment, and the Vehicle. Thus, the United States is now entitled to possession of the Vehicle, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2).

The United States has established that the defendant, Jason Olsen, obtained proceeds in the amount of $8,000 as a result of his participation in the conspiracy charged in Count One of the Indictment.

Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Forfeiture Motion (Doc. # 338) is GRANTED.

2. The Defendant, Jason Olsen, is liable for a forfeiture money judgment in the amount of $8,000.

3. All right, title, and interest of Defendant Jason Olsen in the Vehicle are hereby condemned and forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

4. Following entry of this Order, the United States, pursuant to 21 U.S.C. § 853(n) [incorporated by 28 U.S.C. § 2461(c)], will provide written notice to all third parties known to have an alleged legal interest in the Vehicle and will publish notice on the internet at www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Vehicle, as substitute for published notice as to those persons so notified.

5. Any person, other than the Defendant, Jason Olsen, who has or claims any right, title, or interest in the Vehicle must file a petition with the court for a hearing to adjudicate the validity of his or her alleged interest. Within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier, the petition should be mailed to:

    The Clerk of the United States District Court
    Tampa Division,
    801 North Florida Avenue
    Tampa, Florida 33602

6. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Vehicle, any additional facts surrounding the petitioner's claim, and the relief sought.

7. After receipt of the petition by the court, the court will set a hearing to determine the validity of the petitioner's alleged interest in the Vehicle.

8. Upon adjudication of all third-party interests in the Vehicle, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7), addressing all interests.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of October, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE