UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:09-cr-67-T-33MAP

EARLE MONROE SILCOX

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' Motion for Entry of a Forfeiture Money Judgment (Doc. # 347), pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rule of Criminal Procedure, in the amount of $10,000, which, at sentencing, shall be a final Order as to Defendant Earle Monroe Silcox's right, title, and interest in property subject to forfeiture.

Being fully advised in the premises, the Court finds that:

The United States has established that, as a result of his participation in the conspiracy charged in Count One of the Indictment, in violation of 21 U.S.C. §§ 841 and 846, for which the defendant has been found guilty, the Defendant obtained proceeds in the amount of $10,000. Thus, the United States is now entitled to a forfeiture money judgment in the amount of $10,000, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2).

Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Forfeiture Motion (Doc. # 347) is GRANTED.

2. Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), the Defendant, Earle Monroe Silcox, is liable to the United States of America for a forfeiture money judgment in the amount of $10,000.

3. Pursuant to the provisions of 21 U.S.C. § 853(p), the United States shall be entitled to forfeiture of substitute assets, belonging to the Defendant, up to the amount of $10,000.

4. The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of substitute assets that the United States is entitled to forfeit in satisfaction of such money judgment, and to entertain any third party claims that may be asserted in these proceedings

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of October, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE